[No. 16318-1-III.    Division Three.    March 3, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE PRESTON JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 91-1-00027-1, Larry M. Kristianson, J., entered December 11, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 16433-1-III.    Division Three.    March 3, 1998.]

KENNETH MADSON, ET AL., *Appellants,* v. WILLIAM M. SHANKS, M.D., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-05413-3, Michael E. Donohue, J., entered January 10, 1997. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 15816-1-III.    Division Three.    March 5, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFREDO M., JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 95-1-00538-4, Kenneth L. Jorgensen, J., entered April 8, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 16177-3-III.    Division Three.    March 5, 1998.]

*In the Matter of the Marriage of* MARCY J. GRIGSBY, *Respondent,* and GEORGE LATHROP, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-3-00219-0, Yancey Reser, J., entered September 23, 1996. *Remanded* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.